UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Jianmin Jin,

        Plaintiff,

— against —

Shanghai Original, Inc. et al.,

        Defendants.

**JUDGMENT**
**16-cv-5633 (ARR)**

ROSS, United States District Judge:

    On July 19, 2019, I issued an opinion and order awarding plaintiff a total amount of $31,313.46 as follows: (1) $11,184.23 in unpaid overtime compensation; (2) $11,184.23 in liquidated damages; (3) $8,945 in statutory notice violations; and (4) prejudgment interest at the rate of 9% per year on the unpaid compensation damages from January 5, 2015 until judgment is entered, and post-judgment interest at the statutory rate prescribed by 28 U.S.C. § 1961; and ordering that plaintiff is entitled to a 15% increase in the damages owed to him if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later; and respectfully referring any forthcoming motion for attorneys' fees and costs to Magistrate Judge Orenstein; and

    The prejudgment interest on the unpaid compensation damages having been calculated at the rate of 9% per annum from January 5, 2015 through the date of entry of judgment as $4,566.84; it is

ORDERED and ADJUDGED that Judgment is entered in favor of plaintiff against defendants East Brother Corp., Tun Yee Lam, and Yiu Fai Fong, jointly and severally, in the amounts of (1) $11,184.23 in unpaid overtime compensation; (2) $11,184.23 in liquidated damages; (3) $8,945 in statutory notice damages; and (4) $4,566.84 in prejudgment interest, totaling $35,880.30; and post-judgment interest at the statutory rate prescribed by 28 U.S.C. § 1961; and it is

ORDERED and ADJUDGED that plaintiff is entitled to a 15% increase in the damages owed to him if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later; and it is

ORDERED and ADJUDGED that plaintiff's forthcoming motion for attorneys' fees and costs is respectfully referred to Magistrate Judge Orenstein.

                                                                                                      _____/s/_____
                                                                                                     Allyne R. Ross
                                                                                                     United States District Judge

Dated:    July 19, 2019
             Brooklyn, New York