UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JIANMIN JIN,

                Plaintiff,                           JUDGMENT
                                                                     16-cv-5633 (ARR) (JO)

    -against-

SHANGHAI ORIGINAL, INC., et al.,

                Defendant.
------------------------------------------------------------ X

        An Opinion and Order of Honorable Allyne R. Ross, United States District Judge, having been entered on August 18, 2020, adopting in part and revising in part the Report and Recommendation of Magistrate Judge James Orenstein, dated June 29, 2020, awarding plaintiff $31,481.70 in reasonable attorneys' fees and $5,155.64 in costs, for a total award of $36,637.34; it is

        ORDERED and ADJUDGED that Plaintiff is awarded a total amount of $36,637.34.

Dated: Brooklyn, NY                                            Douglas C. Palmer
         August 19, 2020                                   Clerk of Court

                                                         By:    /s/*Jalitza Poveda*
                                                                      Deputy Clerk